CLOSED

Hayes F. Michel (Cal. State Bar: 141841)
The Law Office of Hayes F. Michel, PC
1925 Century Park East, #2050
Los Angeles, CA 90067
310.277.7342
hayes@hfmichel.law
Attorneys for LVDV Holdings, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LVDV Holdings, LLC,

Plaintiff,

vs.

JABARI SHELTON,

Defendant

No. **CV 22-5921-GW-PDx**
and related consolidated case:
No. CV 23-3316-GW-PDx

JUDGMENT

Assigned to Honorable George H. Wu

WHEREAS, on October 7, 2025, the Jury in this matter found that (a) Mr. Shelton had used the VLONE Trademarks without the consent of LVDV Holdings, LLC in a manner likely to cause confusion among ordinary consumers to the source and/or affiliation of the goods; (b) LVDV Holdings had been damages by Mr. Shelton's trademark infringement; and (c) LVDV Holdings was entitled to recover $1,420,000.00 in damages from Mr. Shelton. [Dkt. No. 256];

WHEREAS, the Parties subsequently entered into a Settlement Agreement, which provides at Paragraph 1:

> 1. Shelton accepts the Jury Verdict, attached as Exhibit A, as valid and enforceable and hereby withdraws his Motion for Judgment as a Matter of Law and New Trial; the Parties stipulate that, in partial consideration for this Agreement, the Court is requested to strike or withdraw its prior ruling on that Motion. In further consideration of this Agreement, and except in the event of a Material Breach (as defined therein), LVDV shall not enforce the Jury Verdict and/or seek to recover fees and costs it would otherwise be entitled to recover.

WHEREAS, the Settlement Agreement provides, at Paragraph 10:

> 10. Unless otherwise specified (e.g., Paragraph 11), in the event of any Material Breach of this Agreement Shelton will be in Default of this Agreement. The LVDV Release Parties will have the right to issue a fifteen (15) day notice and opportunity to cure by e-mail and overnight mail delivery to Shelton's counsel and by overnight mail delivery to Shelton's last known address. If Shelton fails to cure said Default within fifteen (15) days after the sending of the Notice of Default, any restriction on the LVDV Parties to forego collecting the funds identified in Paragraph 1, above, will be removed and the LVDV Parties will be allowed to treat the Jury Verdict as wholly enforceable.

WHEREAS, the Court has found that Mr. Shelton has breached the Settlement Agreement, been given notice and opportunity to cure, and has failed to cure his breaches; and

WHEREAS, under the terms of the Settlement Agreement, as a result to Mr. Shelton's uncured breach of Paragraphs 5 and 6, the Jury Verdict [Dkt. No. 256] is valid and enforceable.

THEREFORE, the Court enters Judgment in LVDV Holdings' favor and against Jabari Shelton in the amount of the Jury Verdict, $1,420,000.00, plus post-judgment interest at the rate of 4.18%, along with appropriate costs.

Dated: November 4, 2026

George H. Wu

HON. GEORGE H. WU,
United States District Judge